UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ODELL L. EWING III,  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>  )<br>J.A. SILVIOUS, K. KINNEY, and  )<br>RALEIGH POLICE DEPARTMENT,  )<br>        Defendants.  ) | **JUDGMENT**<br><br>No. 5:11-CV-64-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the Motions to Appoint Counsel.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court DISMISSES plaintiff's action as frivolous under 28 U.S.C. § 1915(e)(2)(B), and DENIES plaintiff's Motions to Appoint Counsel. The Clerk of Court is DIRECTED to close the case.

**This Judgment Filed and Entered on November 17, 2011 and Copies To:**

Odell Ewing (via U.S. Mail), #0573494, Tabor Correctional Institution, P.O. Box 730, Tabor City, NC 28463

DATE                             DENNIS P. IAVARONE, CLERK
November 17, 2011           /s/ Susan K. Edwards
                                       (By) Susan K. Edwards, Deputy Clerk