UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ODELL L. EWING III, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:11-CV-64-F |
| ) | |
| J.A. SILVIOUS, K. KINNEY, and ) | |
| RALEIGH POLICE DEPARTMENT, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the Motions to Appoint Counsel.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court DISMISSES plaintiff's action as frivolous under 28 U.S.C. § 1915(e)(2)(B), and DENIES plaintiff's Motions to Appoint Counsel. The Clerk of Court is DIRECTED to close the case.

**This Judgment Filed and Entered on November 17, 2011 and Copies To:**

Odell Ewing (via U.S. Mail), #0573494, Tabor Correctional Institution, P.O. Box 730, Tabor City, NC 28463


DATE                              DENNIS P. IAVARONE, CLERK
November 17, 2011                  /s/ Susan K. Edwards
                                  (By) Susan K. Edwards, Deputy Clerk